People of the State of Illinois, Appellee, v. Martin Lewis, Appellant.

Gen. No. 47,062. 

First District, First Division.
March 12, 1957.
Released for publication May 2, 1957.

Harold M. Tyler & Oliver A. Clark, for defendant-appellant; Benjamin S. Adamowski, State's Attorney of Cook county, for defendant in error, Gordon B. Nash, Charles D. Snewind, Francis X. Riley, and William S. White, Assistant State's Attorneys, of counsel. Opinion by JUDGE BURKE. Not to be published in full.